UNITED STATES DISTRICT COURT
Eastern District of Washington

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>          Plaintiff,            )<br>v.                                  )<br>                                    )<br>NATHAN DUSSELL,                     )<br>          Defendant.                )<br>_____) | Case No. PO-10-006-CI<br><br>**PETTY OFFENSE**<br>**JUDGMENT FORM** |

Defendant was present and entered Guilty Plea to Count 1

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| 36 CFR §261.3(a) | Resisting and Interfering with a Forest Service Officer | 10/12/10 | 1 |

**The Court Sentenced Defendant as follows:**

$ 10  Special Assessment
12 months Unsupervised Probation

**Special Conditions:** Unsupervised probation shall be terminated on written proof that defendant has completed an inpatient drug treatment program lasting a minimum of two weeks. The U.S. Probation Office is permitted to help defendant locate treatment.

_____
Signature of Judicial Officer

Honorable Cynthia Imbrogno,
U.S. Magistrate Judge

April 26, 2011
_____
Date